# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

| | |
|---|---|
| United States of America | § |
| | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: DR:22-M -00461(1) |
| | § |
| (1) David Rodriguez | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **February 27, 2022** in **Val Verde** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, conspire with other unnamed co-conspirators, to transport, or move or attempt to transport or move, certain persons, knowing or in reckless disregard of the fact that that such persons were aliens illegally present in the United States, a felony,

in violation of Title    **8**    United States Code, Section(s)   **1324(a)(1)(A)(v)(I)**

.

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: *"On February 27, 2022, the defendant, David RODRIGUEZ, a US citizen, was arrested in Val Verde County, within the Western District of Texas, for conspiring to transport 2 illegal aliens further into the US. Border Patrol Agents found RODRIGUEZ in the brush with 2 illegal aliens, who possessed no documents to be or remain in the US. In a sworn statement, RODRIGUEZ admitted that 2 illegal aliens were brought to his home in*

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

_____
Signature of Complainant
Lozano, Bruno
Border Patrol Agent

03/02/2022                                                          at   DEL RIO, Texas
File Date                                                                 City and State

COLLIS WHITE                                                       _____
UNITED STATES MAGISTRATE JUDGE                      Signature of Judicial Officer

# WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

vs.  Case Number: DR:22-M -00461(1)

(1) David Rodriguez

**Continuation of Statement of Facts:**

Ciudad Acuna, Coahuila, Mexico. RODRIGUEZ admitted he crossed the 2 illegal aliens into the by wading across the Rio Grande River. RODRIGUEZ also admitted he was paid $600.00 USD to cross the illegal aliens into the US and to bring them to a "load up spot" to be picked up and transported further into the US."

_____  _____
Signature of Judicial Officer  Signature of Complainant